UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SLICE INSURANCE TECHNOLOGIES, INC.,
                            Plaintiff,

                -against-

APPALACHIAN UNDERWRITERS, INC.,
                          Defendants.
------------------------------------------------------------X

24 Civ. 9803(LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the initial pretrial conference scheduled for April 1, 2025, is adjourned to **April 8, 2025**, at **3:30 p.m.**

Dated: March 25, 2025
       New York, New York

                                                    LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE