UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____ 1/14/2026
```

SLICE INUSRANCE TECHNOLOGIES,
INC.,

                  **Plaintiff,**

       -against-

APPALACHIAN UNDERWRITERS, INC.,

                **Defendant.**

-------------------------------------------------------------------X

24-CV-9803 (LGS)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

On January 14, 2026, the Court held a status conference to address discovery issues and scheduling matters. As discussed on the record, the parties are directed to submit a joint status letter, including a proposed case management schedule and an update on mediation, by Tuesday, January 20, 2026.

The parties are ORDERED to meet and confer to resolve any outstanding discovery disputes. Once that process is exhausted, any party seeking to compel discovery must file a letter-motion by February 2, 2026, with responses due by February 5, 2026. If no court intervention is required, the parties shall file a joint status letter in lieu of a letter-motion. Separately, any additional discovery demands must be served by January 23, 2026, and responses shall be served by February 13, 2026.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     January 14, 2026
             New York, New York