UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                 :

SLICE INSURANCE TECHNOLOGIES, INC.,  :
                         Plaintiff,  :

                                :         24 Civ. 9803(LGS)

      -against-              :

                                :         **ORDER**

APPALACHIAN UNDERWRITERS, INC.,  :
                      Defendants.  :
                                :

---------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

Whereas, on January 21, 2026, Judge Netburn entered an order extending the discovery

schedule.  *See* Dkt. No. 110.  It is hereby

**ORDERED** that, in light of Judge Netburn's order, the pre-motion conference scheduled

for March 24, 2026, is **ADJOURNED** to **May 19, 2026, at 3:30 p.m.**

Dated: March 9, 2026
       New York, New York

                                        LORNA G. SCHOFIELD
                                 UNITED STATES DISTRICT JUDGE