UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                     :

SLICE INSURANCE TECHNOLOGIES, INC.,  :
                        Plaintiff,  :
                                      :          24 Civ. 9803 (LGS)

         -against-               :
                                      :          **ORDER**

APPALACHIAN UNDERWRITERS, INC.,    :
                     Defendants.  :
                                      :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      Whereas, on April 9, 2026, Judge Netburn entered an order extending the discovery

schedule.  *See* Dkt. No. 134.  It is hereby

      **ORDERED** that, in light of Judge Netburn's order, the pre-motion conference scheduled

for May 19, 2026, is **ADJOURNED** to **July 7, 2026, at 3:30 p.m.**

Dated: April 10, 2026
       New York, New York

                                                  **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**