UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

SLICE INUSRANCE TECHNOLOGIES,
INC.,

Plaintiff,

-against-

APPALACHIAN UNDERWRITERS, INC.,

Defendant.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 4/20/2026 __

24-CV-9803 (LGS )(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

In light of the close of fact discovery, if the parties believe a settlement conference would be productive, they are directed to contact Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov as soon as possible to schedule a conference.

In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:        April 20, 2026
                    New York, New York