UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                    :

SLICE INSURANCE TECHNOLOGIES, INC., :
                             Plaintiff, :

                                      :                24 Civ. 9803 (LGS)
           -against- :

                                      :                    **ORDER**

APPALACHIAN UNDERWRITERS, INC., :
                           Defendant. :
                                      :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a pre-motion conference in this action is scheduled for July 7, 2026.

       WHEREAS, the parties jointly seek to adjourn the conference to allow time to prepare

for pre-motion letters in connection with dispositive motions and a settlement conference before

Judge Netburn on July 15, 2026.  It is hereby

       **ORDERED** that the pre-motion conference scheduled for July 7, 2026, is

**ADJOURNED** to **August 25, 2026, at 3:30 pm**.

Dated: June 16, 2026
        New York, New York

                                       LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE