Application **GRANTED**. The pre-motion conference scheduled for August 25, 2026, is **ADJOURNED** to **September 29, 2026, at 3:30 pm**. The parties shall file any pre-motion letters by **September 15, 2026**. The conference will be held at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, 10007, at Room 1106. If lead counsel for any party is located outside of New York City or would experience a hardship from an in-person appearance and would prefer to appear remotely, they should notify the Court immediately by filing a letter on the docket.

The Clerk of Court is respectfully directed to terminate Dkt. No. 154.

Dated: August 4, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

SHOOK HARDY & BACON

Joshua A. Weiner

1 Rockefeller Plaza
Suite 2801
New York, NY 10020
**t** 212-989-8844
**dd** 212-779-6120
**f** 929-501-5455
jweiner@shb.com

July 31, 2026

***VIA ECF***
Hon. Sarah Netburn
United States District Court
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Slice Insurance Technologies, Inc. v. Appalachian Underwriters, Inc.*, Case No. 24-cv-09803-LGS (SN)

Dear Judge Netburn:

Further to this Court's June 15 and 16, 2026, Orders (ECF 145 and 148), and pursuant to Your Honor's Individual Practices in Civil Cases, Plaintiff Slice Insurance Technologies, Inc. ("Slice") and Defendant Appalachian Underwriters, Inc. ("AUI") hereby submit this joint letter motion for extension of the Court's Pre-Motion Conference deadline, as shown in the table below.

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Court's Pre-Motion Conference | August 25, 2026, at 3:30pm (ECF 148) | Week of September 28, 2026 |

On June 15, 2026, the Parties jointly requested extension of the Court's Pre-Motion Conference from July 7, 2026 to the week of August 24, 2026. ECF 144. The Court granted the Parties' request on June 16, 2026. ECF 148. At least one party wishes to file a summary judgment or other dispositive motion, therefore the current deadline for filing a pre-motion letter is August 11.

The Parties participated in a settlement conference with Judge Netburn on July 15. In response to the settlement conference, Slice made a document production on July 22 of information that may facilitate further settlement discussions between the Parties. Counsel for AUI participated in a post-settlement conference call with Judge Netburn on July 30 regarding Slice's July 22 document production, and a follow-up call is scheduled for August 13. Thus, the requested joint extension of the Court's Pre-Motion Conference would allow the Parties the opportunity to continue to explore settlement negotiations prior to the pre-motion letter deadline.

Additionally, the requested joint extension of the Court's Pre-Motion Conference would allow the Parties to conduct outstanding fact discovery in advance of the pre-motion letter deadline. The fact

SHOOK HARDY & BACON

deposition of Ms. Lore Farrell is scheduled for August 4, and the transcript of her deposition should be available two weeks later. On July 29, Judge Poplin presided over a hearing in the Eastern District of Tennessee regarding Slice's motion to compel discovery from third party Selectsys and Selectsys' cross-motion for protective order. The scope of the dispute between Slice and Selectsys was narrowed at the motion hearing, and Judge Poplin ordered Slice and Selectsys to continue to meet-and-confer and file a status report on August 7. Thus, extending the Court's Pre-Motion Conference would conserve the resources of the Court and Parties by avoiding the need to file a pre-motion letter regarding dispositive motions on August 11 without the benefit of the above-referenced deposition transcript and the potential resolution of Slice's third party discovery dispute with Selectsys.

For good cause shown, the Parties respectfully request the Court extend the Court's Pre-Motion Conference, as proposed above.

Respectfully submitted,

| | |
|---|---|
| **TROUTMAN PEPPER LOCKE LLP**<br><br>*/s/ Bryan G. Harrison*<br>Bryan G. Harrison (admitted *Pro Hac Vice*)<br>600 Peachtree Road NE<br>Suite 3000<br>Atlanta, GA 30308<br>Telephone: (404) 870-4600<br>Facsimile: (404) 806-5622<br>bryan.harrison@troutman.com<br><br>R. James DeRose, III<br>875 Third Avenue<br>New York, NY 10022<br>(212) 415-8600<br>rj.derose@troutman.com<br><br>*Counsel for Plaintiff*<br>*Slice Insurance Technologies, Inc.* | **SHOOK, HARDY & BACON L.L.P.**<br><br>*/s/ Joshua A. Weiner*<br>Joshua A. Weiner, #5272794<br>1 Rockefeller Plaza<br>Suite 2801<br>New York, NY 10020<br>Telephone: 212-989-8844<br>Facsimile: 929-501-5455<br>jweiner@shb.com<br><br>Patrick A. Lujin (admitted Pro Hac Vice)<br>Ashley N. Harrison (admitted Pro Hac Vice)<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>Telephone: 816-474-6550<br>Facsimile: 816-421-5547<br>plujin@shb.com<br>aharrison@shb.com<br><br>*Attorneys for Defendant Appalachian Underwriters, Inc.* |