USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

**SLICE INUSRANCE TECHNOLOGIES, INC.,**

**Plaintiff,**

**-against-**

**APPALACHIAN UNDERWRITERS, INC.,**

**Defendant.**

---------------------------------------------------------------X

**24-CV-9803 (LGS)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

The parties are directed to file a status letter regarding settlement discussions by September 15, 2026. The letter shall describe progress made and indicate whether the Court can be helpful in facilitating settlement. If the parties' letter contains confidential settlement negotiations, they may email it to the Court at Netburn_NYSDChambers@nysd.uscourts.gov.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: August 25, 2026
New York, New York