UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

SLICE INSURANCE TECHNOLOGIES, INC.,
Plaintiff,

-against-

APPALACHIAN UNDERWRITERS, INC.,
Defendant.

-----------------------------------------------------------X

24 Civ. 9803 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a telephonic pre-motion conference in this action is scheduled for October 26, 2026, at 2:15 pm. It is hereby

**ORDERED** that due to a change in the Court's schedule, the conference is rescheduled to **October 27, 2026**, at **3:30 pm**. The conference will now be held in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, 10007, at Room 1106. If either party would prefer to appear remotely, it should notify the Court immediately by filing a letter on the docket.

Dated: October 14, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE