UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SLICE INSURANCE TECHNOLOGIES, INC., Plaintiff, -against- APPALACHIAN UNDERWRITERS, INC., Defendant. | : | 24 Civ. 9803 (LGS) **ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a pre-motion conference to discuss Defendant's proposed motion for summary judgment was held on October 27, 2026. As discussed at the conference, it is hereby

**ORDERED** that, by **October 30, 2026**, the parties shall meet and confer and file a joint letter identifying any issue(s) of law that, if adjudicated by the Court before any bench trial, would be helpful to narrow the scope of the trial or assist the parties in resolving the case. The parties may include in the letter their respective views on whether and to what extent resolving an identified issue would meet either of these objectives.

Dated: October 28, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE